IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RODRICK LYNELL BROWN                                                               PLAINTIFF

    v.                              Civil No. 11-5244

DEPUTY FEATHEROFF;
JOHN DOE DEPUTIES; and
JOHN DOE MEDICAL STAFF                                                           DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

By order entered on November 1, 2011 (Doc. 3), Plaintiff was given until November 14, 2011, to either identify by name each individual he maintains violated his federal constitutional rights or to provide sufficient information (such as dates, shifts worked, sex, race, physical description) in order that these individuals could be identified. Plaintiff did not respond to the order.

On November 16, 2011, a show cause order was entered (Doc. 5). Plaintiff was given until November 30, 2011, to show cause why this case should not be dismissed based on his failure to obey an order of the Court. Plaintiff has not responded to the show cause order. He has not requested an extension of time to respond. He has not communicated with the Court in anyway. No mail has been returned as undeliverable.

I therefore recommend that this case be dismissed with prejudice based on the Plaintiff's failure to obey an order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 5th day of December 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE