IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RODRICK LYNELL BROWN**                                                    PLAINTIFF

v.                           No. 11-5244

**DEPUTY FEATHEROFF;**
**JOHN DOE DEPUTIES; and**
**JOHN DOE MEDICAL STAFF**                                                 DEFENDANTS

O R D E R

Now on this 29th day of December, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 6), to which no objections have been filed. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 6) is hereby **adopted *in toto.***

**IT IS FURTHER ORDERED** that plaintiff's complaint is hereby **Dismissed With Prejudice** for failure to comply with court orders and failure to prosecute this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT COURT